FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    -vs-<br><br>DEMETRIS E. DEAN,<br><br>                Defendant. | No.   2:15-CR-0022-WFN-1<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

      Pending before the Court is Defendant's Motion to Reduce Sentence. ECF No. 68. Defendant indicates that he submitted a request for compassionate release, but has not received a response within 30 days. Consequently, he has exhausted his claim with the Bureau of Prisons [BOP].

      Defendant must demonstrate that "(i) extraordinary and compelling reasons warrant such a reduction; or (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c) . . . and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g)." 18 U.S.C. § 3582(c)(1)(A). As Defendant is not over 70 years old, he must demonstrate that extraordinary and compelling reasons warrant reduction.

      Defendant has not demonstrated extraordinary or compelling reasons warranting a sentence reduction. Each of the rationales Defendant proffered in support of release rely on non-retroactive changes in law or issues more fitting addressed by a 28 U.S.C. § 2255 Motion. Though the Court recognizes that there may be instances where "compelling circumstances justify a reduction of an unusually long sentence" if Defendant were resentenced today based on the current Guidelines he would have the same total offense

ORDER - 1

level (33) and criminal history score (VI) resulting in a suggested range of 235 – 293 months. ECF No. 68. His current sentence is less than that, so the Court cannot conclude his sentence is unusually long.

The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Reduce Sentence, filed January 11, 2021, **ECF No. 68**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 8th day of February, 2021.

02-04-21

                                      WM. FREMMING NIELSEN
                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2